**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ARNOLD LUMBER CO., d/b/a**
**SEASIDE CASUAL FURNITURE**

CA 07 073

**V.** **CA:**

**ZICOM, INC. and DANIEL CANARY d/b/a**
**ARCHITECTURAL DESIGN d/b/a PREMIUM**
**POLY PATIOS, ARCHITECTURAL d/b/a PREMIUM**
**POLY PATIOS and PREMIUM POLY PATIOS**

**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF**
**ARNOLD LUMBER CO. d/b/a SEASIDE CASUAL FURNITURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Arnold Lumber Co. d/b/a Seaside Casual Furniture hereby states that there is no corporate parent or any publicly held corporation that owns ten percent (10%) ore more of its stock.

Arnold Lumber Co.,
d/b/a Seaside Casual Furniture
By its attorneys,

Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26
(401) 751-4124 FAX
clevin@agglaw.com