**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ARNOLD LUMBER CO., d/b/a**
**SEASIDE CASUAL FURNITURE**

CA 07 073ML

**V.** **CA:**

**ZICOM, INC. and DANIEL CANARY d/b/a**
**ARCHITECTURAL DESIGN d/b/a PREMIUM**
**POLY PATIOS, ARCHITECTURAL d/b/a PREMIUM**
**POLY PATIOS and PREMIUM POLY PATIOS**

**AFFIDAVIT OF ROBERT SALTER**

I, Robert Salter, under oath depose and state as follows:

1. I am an associate with the law firm of Salter & Michaelson, which is located in Providence, Rhode Island.

2. I have been a member in good standing of the Massachusetts bar association since 1996.

3. The law firm of Salter & Michaelson specializes in intellectual property, namely, patents, trademarks, copyrights, domain names and internet law.

4. My law practice is primarily directed to trademarks, copyrights, domain names and internet law.

5. I have represented hundreds of clients in a wide variety of industries in these areas of the law for the past ten years.

6. Specifically, in the area of trademark and related law, I regularly research the availability of names in connection with specific products and services and advise clients on the necessity of filing trademark applications with the United States Patent and Trademark Office.

7. I also regularly represent clients in trademark infringement matters, both in initiating and defending potential lawsuits.

8. I also advise clients on the proper usage and protection of their intellectual property.

9. I recently filed three new trademark applications with the United States Patent and Trademark Office on behalf of Seaside Casual Furniture, which is a division of Arnold Lumber, Inc., for the marks ENVIROWOOD, SHELL BACK, and SEASIDE CASUAL FURNITURE. **Exhibit "A"**

10. These marks are used in connection with furniture and the manufacturing, advertising and sale thereof.

11. Prior to the filing of the SEASIDE CASUAL FURNITURE and SHELL BACK applications, our research revealed no pending applications or registrations for those marks.

12. Prior to the filing of the ENVIROWOOD application, our research revealed a pending application for the same mark owned by Zicom, Inc. of Miami, Florida. **Exhibit "B"**

13. Since Zicom, Inc. is an unauthorized distributor for Arnold Lumber, Inc. for the Seaside Casual Furniture line of ENVIROWOOD furniture products, the filing of its trademark application represents fraud on the Trademark Office.

14. It is well established under the trademark laws that the manufacturer, not the distributor, is the rightful owner of any trademarks for products sold by a distributor on behalf of the manufacturer.

15. Zicom, Inc. filed its trademark application in retaliation for Arnold Lumber Inc.'s decision to not sell the ENVIROWOOD products to Zicom, Inc.

16. Moreover, since Zicom, Inc. is not able to obtain the ENVIROWOOD products from

Arnold Lumber, it is unable to offer that product for sale and hence is not using that name to properly identify its similar furniture products.

17. Zicom, Inc. is falsely advertising that it is offering ENVIROWOOD products for sale when in actuality it is selling similar appearing but different products named POLY-WOOD and POLY-LUMBER.

18. Zicom, Inc.'s use of the name ENVIROWOOD is misleading customers into believing that it is actually selling that product when in fact it is not.

19. Zicom Inc.'s application was refused pending a request for additional information requested by the examining attorney.

20. On February 8, 2006, Zicom, Inc. filed its response with the Trademark Office. The application is currently pending in the Trademark Office. **Exhibit "C"**

21. Generally, it will take up to one year for the Trademark Office to determine if a trade mark may be registered.

**VERIFICATION**

I, Robert Salter, being duly sworn, depose and say that I have reviewed the foregoing Affidavit and that the statements contained herein are true and accurate.

Robert Salter

STATE OF RHODE ISLAND
COUNTY OF

In Providence on this 26th day of February, 2007, before me personally appeared Robert Salter to me known and known by me to be the party executing the foregoing instrument and acknowledged said instrument and the execution thereof, to be his free act and deed.

Notary Public Jennifer L. O'Brien
My Commission Expires: 7/27/10