PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

**Mark (USPTO-generated image for standard characters):**

# SEASIDE CASUAL FURNITURE

Back

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application

## To the Commissioner for Trademarks:

**MARK:** SEASIDE CASUAL FURNITURE (Standard Characters, see mark)
The literal element of the mark consists of SEASIDE CASUAL FURNITURE. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Arnold Lumber, Co., a corporation of Rhode Island, having an address of 506 Fairgrounds Rd., West Kingston, Rhode Island, United States, 02892, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item listed below, click directly on the class heading (s).**

International Class 040: Custom manufacture of furniture

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U.S.C. Section 1126(e), as amended.

The applicant hereby appoints Robert Salter and Elliot Salter and David Driscoll of Salter & Michaelson, 321 South Main St., Providence, Rhode Island, United States, 02903 to submit this application on behalf of the applicant. The attorney docket/reference number is T004223.

Correspondence information: Robert Salter
321 South Main St.
Providence, Rhode Island 02903
401-421-3141(phone)
401-861-1953(fax)

rsalter@saltermichaelson.com (authorized)

A fee payment in the amount of $275 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Robert Salter/ Date Signed: 12/19/2006
Signatory's Name: Robert Salter
Signatory's Position: Attorney

Back

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application

***NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.***

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | SEASIDE CASUAL FURNITURE |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | SEASIDE CASUAL FURNITURE |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Arnold Lumber, Co. |
| *STREET | 506 Fairgrounds Rd. |
| *CITY | West Kingston |
| *STATE (Required for U.S. applicants) | Rhode Island |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 02892 |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Rhode Island |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 040 |
| *FIRST USE ANYWHERE DATE | At least as early as 11/01/1996 |

| | |
|---|---|
| *FIRST USE IN COMMERCE DATE | At least as early as 11/01/1996 |
| *DESCRIPTION | Custom manufacture of **furniture** |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 11/01/1996 |
| *FIRST USE IN COMMERCE DATE | At least as early as 11/01/1996 |
| *SPECIMEN FILE NAME | spec-681542146-134331308_._seaside.jpg |
| SPECIMEN DESCRIPTION | Product catalog |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Robert Salter |
| ATTORNEY DOCKET NUMBER | T004223 |
| FIRM NAME | Salter & Michaelson |
| STREET | 321 South Main St. |
| CITY | Providence |
| STATE | Rhode Island |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 02903 |
| PHONE | 401-421-3141 |
| FAX | 401-861-1953 |
| EMAIL ADDRESS | rsalter@saltermichaelson.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Elliot Salter and David Driscoll |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Robert Salter |
| FIRM NAME | Salter & Michaelson |

| | |
|---|---|
| *STREET | 321 South Main St. |
| * CITY | Providence |
| * STATE (Required for U.S. applicants) | Rhode Island |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE (Required for U.S. applicants only) | 02903 |
| PHONE | 401-421-3141 |
| FAX | 401-861-1953 |
| * EMAIL ADDRESS | rsalter@saltermichaelson.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 275 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Robert Salter/ |
| * SIGNATORY'S NAME | Robert Salter |
| SIGNATORY'S POSITION | Attorney |
| * DATE SIGNED | 12/19/2006 |

Back




Back

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

**Mark (USPTO-generated image for standard characters):**

# SHELL BACK

Back

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application

## To the Commissioner for Trademarks:

**MARK:** SHELL BACK (Standard Characters, see mark)
The literal element of the mark consists of SHELL BACK. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Arnold Lumber, Co., a corporation of Rhode Island, having an address of 506 Fairgrounds Rd., West Kingston, Rhode Island, United States, 02892, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item listed below, click directly on the class heading (s).**

International Class 020: Furniture

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U.S.C. Section 1126(e), as amended.

The applicant hereby appoints Robert Salter and Elliot Salter and David Driscoll of Salter & Michaelson, 321 South Main St., Providence, Rhode Island, United States, 02903 to submit this application on behalf of the applicant. The attorney docket/reference number is T004224.

Correspondence information: Robert Salter
321 South Main St.
Providence, Rhode Island 02903
401-421-3141(phone)
401-861-1953(fax)

rsalter@saltermichaelson.com (authorized)

A fee payment in the amount of $275 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Robert Salter/ Date Signed: 12/19/2006
Signatory's Name: Robert Salter
Signatory's Position: Attorney

Back

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application

***NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.***

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | SHELL BACK |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | SHELL BACK |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Arnold Lumber, Co. |
| *STREET | 506 Fairgrounds Rd. |
| *CITY | West Kingston |
| *STATE (Required for U.S. applicants) | Rhode Island |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 02892 |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Rhode Island |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 020 |
| *FIRST USE ANYWHERE DATE | At least as early as 01/01/2001 |

| | |
|---|---|
| *FIRST USE IN COMMERCE DATE | At least as early as 01/01/2001 |
| *DESCRIPTION | Furniture |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 01/01/2001 |
| *FIRST USE IN COMMERCE DATE | At least as early as 01/01/2001 |
| *SPECIMEN FILE NAME | spec-681542146-141336707_._shellback.jpg |
| SPECIMEN DESCRIPTION | Picture of product with mark associated therewith |

**ADDITIONAL STATEMENTS INFORMATION**

*TRANSLATION
(if applicable)

*TRANSLITERATION
(if applicable)

*CLAIMED PRIOR REGISTRATION
(if applicable)

*CONSENT (NAME/LIKENESS)
(if applicable)

*CONCURRENT USE CLAIM
(if applicable)

**ATTORNEY INFORMATION**

| | |
|---|---|
| NAME | Robert Salter |
| ATTORNEY DOCKET NUMBER | T004224 |
| FIRM NAME | Salter & Michaelson |
| STREET | 321 South Main St. |
| CITY | Providence |
| STATE | Rhode Island |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 02903 |
| PHONE | 401-421-3141 |
| FAX | 401-861-1953 |
| EMAIL ADDRESS | rsalter@saltermichaelson.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Elliot Salter and David Driscoll |

**CORRESPONDENCE INFORMATION**

| | |
|---|---|
| *NAME | Robert Salter |
| FIRM NAME | Salter & Michaelson |

| | |
|---|---|
| *STREET | 321 South Main St. |
| * CITY | Providence |
| * STATE (Required for U.S. applicants) | Rhode Island |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE (Required for U.S. applicants only) | 02903 |
| PHONE | 401-421-3141 |
| FAX | 401-861-1953 |
| * EMAIL ADDRESS | rsalter@saltermichaelson.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**FEE INFORMATION**

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 275 |

**SIGNATURE INFORMATION**

| | |
|---|---|
| * SIGNATURE | /Robert Salter/ |
| * SIGNATORY'S NAME | Robert Salter |
| SIGNATORY'S POSITION | Attorney |
| * DATE SIGNED | 12/19/2006 |

Back


Classic Adirondack Chair
Classic Adirondack Rocker
Shell Back Adirondack Chair

Back

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

**Mark (USPTO-generated image for standard characters):**

# ENVIROWOOD

Back


Porch Rocker
Avondale Bench
47W x 18.5D x 17H
"SBA 240"
Baxter Dining Chair
Newport Bench
Salem Dining Table
Portsmouth Benches
Portsmouth Dining Tables

Back

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application

## To the Commissioner for Trademarks:

**MARK:** ENVIROWOOD (Standard Characters, see mark)
The literal element of the mark consists of ENVIROWOOD. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Arnold Lumber, Co., a corporation of Rhode Island, having an address of 506 Fairgrounds Rd., West Kingston, Rhode Island, United States, 02892, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item listed below, click directly on the class heading (s).**

International Class 020: Furniture

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U.S.C. Section 1126(e), as amended.

The applicant hereby appoints Robert Salter and Elliot Salter and David Driscoll of Salter & Michaelson, 321 South Main St., Providence, Rhode Island, United States, 02903 to submit this application on behalf of the applicant. The attorney docket/reference number is T004225.

Correspondence information: Robert Salter
321 South Main St.
Providence, Rhode Island 02903
401-421-3141(phone)
401-861-1953(fax)

rsalter@saltermichaelson.com (authorized)

A fee payment in the amount of $275 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Robert Salter/ Date Signed: 12/19/2006
Signatory's Name: Robert Salter
Signatory's Position: Attorney

Back

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application

***NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.***

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | ENVIROWOOD |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | ENVIROWOOD |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Arnold Lumber, Co. |
| *STREET | 506 Fairgrounds Rd. |
| *CITY | West Kingston |
| *STATE (Required for U.S. applicants) | Rhode Island |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 02892 |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Rhode Island |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 020 |
| *FIRST USE ANYWHERE DATE | At least as early as 01/01/2001 |

| | |
|---|---|
| *FIRST USE IN COMMERCE DATE | At least as early as 01/01/2001 |
| *DESCRIPTION | Furniture |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 01/01/2001 |
| *FIRST USE IN COMMERCE DATE | At least as early as 01/01/2001 |
| *SPECIMEN FILE NAME | spec-681542146-142545996_._envirowood.jpg |
| SPECIMEN DESCRIPTION | Picture of product with mark associated therewith |

**ADDITIONAL STATEMENTS INFORMATION**

*TRANSLATION
(if applicable)

*TRANSLITERATION
(if applicable)

*CLAIMED PRIOR REGISTRATION
(if applicable)

*CONSENT (NAME/LIKENESS)
(if applicable)

*CONCURRENT USE CLAIM
(if applicable)

**ATTORNEY INFORMATION**

| | |
|---|---|
| NAME | Robert Salter |
| ATTORNEY DOCKET NUMBER | T004225 |
| FIRM NAME | Salter & Michaelson |
| STREET | 321 South Main St. |
| CITY | Providence |
| STATE | Rhode Island |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 02903 |
| PHONE | 401-421-3141 |
| FAX | 401-861-1953 |
| EMAIL ADDRESS | rsalter@saltermichaelson.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Elliot Salter and David Driscoll |

**CORRESPONDENCE INFORMATION**

| | |
|---|---|
| *NAME | Robert Salter |
| FIRM NAME | Salter & Michaelson |

| | |
|---|---|
| *STREET | 321 South Main St. |
| * CITY | Providence |
| * STATE (Required for U.S. applicants) | Rhode Island |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE (Required for U.S. applicants only) | 02903 |
| PHONE | 401-421-3141 |
| FAX | 401-861-1953 |
| * EMAIL ADDRESS | rsalter@saltermichaelson.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**FEE INFORMATION**

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 275 |

**SIGNATURE INFORMATION**

| | |
|---|---|
| * SIGNATURE | /Robert Salter/ |
| * SIGNATORY'S NAME | Robert Salter |
| SIGNATORY'S POSITION | Attorney |
| * DATE SIGNED | 12/19/2006 |

Back