**United States Patent and Trademark Office**

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help**

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Jan 2 04:16:50 EST 2007*

TESS Home | New User | Structured | Free Form | Browse Dict | SEARCH OG | Bottom | HELP | Prev List | Curr List | Next List | First Doc | Prev Doc | Next Doc | Last Doc

Logout Please logout when you are done to release system resources allocated for you.

Start **List At:** OR Jump **to record:** **Record 1 out of 6**

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

# Envirowood

| | |
|---|---|
| **Word Mark** | ENVIROWOOD |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Manufacturing and service mark associated in the production and selling of recycled plastics (HDPE Lumber)in the form of furniture, decking, fencing and/or any other structural designs using HDPE recycled lumber. FIRST USE: 19980310. FIRST USE IN COMMERCE: 20010525 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78895989 |
| **Filing Date** | May 30, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Zicom, Inc. CORPORATION FLORIDA 1200 Falcon Avenue Miami Springs FLORIDA 33166 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-01-02 13:57:24 ET

**Serial Number:** 78895989 Assignment Information

**Registration Number:** (NOT AVAILABLE)

**Mark**

# Envirowood

**(words only):** ENVIROWOOD

**Standard Character claim:** Yes

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2006-10-31

**Filing Date:** 2006-05-30

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**Attorney Assigned:**
HARDY LUDLOW TARAH KIM Employee Location

**Current Location:** M1X -TMO Law Office 110 - Examining Attorney Assigned

**Date In Location:** 2006-10-31

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Zicom, Inc.

**Address:**

Zicom, Inc.
1200 Falcon Avenue
Miami Springs, FL 33166
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Florida
**Phone Number:** 305-885-1234
**Fax Number:** 305-675-3738

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
Manufacturing and service mark associated in the production and selling of recycled plastics (HDPE Lumber)in the form of furniture, decking, fencing and/or any other structural designs using HDPE recycled lumber
**Basis:** 1(a)
**First Use Date:** 1998-03-10
**First Use in Commerce Date:** 2001-05-25

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-10-31 - Non-final action e-mailed

2006-10-31 - Non-Final Action Written

2006-10-31 - Assigned To Examiner

2006-06-07 - Notice Of Pseudo Mark Mailed

2006-06-06 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
ZICOM, INC.
1200 FALCON AVE
MIAMI SPRINGS, FL 33166-4342
Phone Number: 305-885-1234

Fax Number: 305-675-3738