3/1/07
8:17Am AA.

AO 440 (Rev. 10/93) Summons in a Civil Action

DANiel CANARY

# UNITED STATES DISTRICT COURT

District of Rhode Island

CA 07 073 ML

ARNOLD LUMBER CO., d/b/a
SEASIDE CASUAL FURNITURE

V.

ZICOM, INC. and DANIEL CANARY d/b/a
ARCHITECTURAL DESIGN d/b/a PREMIUM POLY PATIOS,
ARCHITECTURAL d/b/a PREMIUM POLY
PATIOS and PREMIUM POLY PATIOS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

DANIEL CANARY
1200 Falcon Avenue
Miami Springs, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carl S. Levin, Esq. #3336
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
Chief Deputy Clerk

CLERK

DATE 2/26/07

Barbara Barletta
(By) DEPUTY CLERK

701495

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Rhode Island

Case Number: CA 07-073 ML

Plaintiff:
**ARNOLD LUMBER CO., d/b/a SEASIDE CASUAL FURNITURE.,**

vs.

Defendant:
**ZICOM, INC., ET AL.,**

For:
Carl S. Levin, Esq.
ARMSTRONG, GIBBONS & GYNS, LLP.
155 South Main Street
Providence, RI 02903

Received by FLORIDA PROCESS SERVICE, INC. on the **28th day of February, 2007** at **11:29 am** to be served on **DANIEL CANARY 1200 FALCON AVE. MIAMI SPRINGS, FL.**.

I, Albert Arriera, being duly sworn, depose and say that on the **1st day of March, 2007** at **8:17 am**, I:

**INDIVIDUALLY SERVED** the within named person with a true copy of this **SUMMONS IN A CIVIL CASE** with the date and hour endorsed thereon by me, pursuant to F.S. 48.031(1).

I am over the age of eighteen, and have no interest in the the above action.

Subscribed and Sworn to before me on the 2nd day of March, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Albert Arriera

**FLORIDA PROCESS SERVICE, INC.**
**P.O. Box 013366**
**Miami, FL 33101-3366**
**(305) 371-9900**

Our Job Serial Number: 2007001495

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j