# AFFIDAVIT OF SERVICE

**State of Rhode Island** **County of** **U.S. District Court**

Case Number: CA 07-073 ML Court Date: 3/13/2007

Plaintiff:
**ARNOLD LUMBER CO., d/b/a SEASIDE CASUAL FURNITURE.,**

vs.

Defendant:
**ZICOM, INC., ET AL.,**

For:
Carl S. Levin, Esq.
ARMSTRONG, GIBBONS & GYNS, LLP.
155 South Main Street
Providence, RI 02903

Received by FLORIDA PROCESS SERVICE, INC. on the **5th day of March, 2007** at **10:05 am** to be served on **ZICOM INC.,**.

I, Albert Arriera, being duly sworn, depose and say that on the **5th day of March, 2007** at **8:30 pm, I:**

SERVED the within named corporation by delivering a true copy of the **PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** with the date and hour endorsed thereon by me to **DANIEL CANARY** as REGISTERED AGENT, pursuant to F.S. 48.091.

I am over the age of eighteen, and have no interest in the the above action.

Subscribed and Sworn to before me on the 8th day of March, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

**Albert Arriera**

**FLORIDA PROCESS SERVICE, INC.**
**P.O. Box 013366**
**Miami, FL 33101-3366**
**(305) 371-9900**

Our Job Serial Number: 2007001551

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

**State of Rhode Island** **County of** **U.S. District Court**

Case Number: CA 07-073 ML Court Date: 3/13/2007

Plaintiff:
**ARNOLD LUMBER CO., d/b/a SEASIDE CASUAL FURNITURE.,**

vs.

Defendant:
**ZICOM, INC., ET AL.,**

For:
Carl S. Levin, Esq.
ARMSTRONG, GIBBONS & GYNS, LLP.
155 South Main Street
Providence, RI 02903

Received by FLORIDA PROCESS SERVICE, INC. on the **5th day of March, 2007 at 10:05 am** to be served on **DANIEL CANARY, 1200 FALCON AVE. MIAMI SPRINGS, FL.**

I, Albert Arriera, being duly sworn, depose and say that on the **5th day of March, 2007 at 8:30 pm, I:**

**INDIVIDUALLY SERVED** the within named person with a true copy of this **PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** with the date and hour endorsed thereon by me, pursuant to F.S. 48.031(1).

I am over the age of eighteen, and have no interest in the the above action.

Subscribed and Sworn to before me on the 7th day of March, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

**Albert Arriera**

**FLORIDA PROCESS SERVICE, INC.**
**P.O. Box 013366**
**Miami, FL 33101-3366**
**(305) 371-9900**

Our Job Serial Number: 2007001550

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j