**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ARNOLD LUMBER CO., d/b/a**
**SEASIDE CASUAL FURNITURE**

**V.** **CA: 07-**

**ZICOM, INC. d/b/a ARCHITECTURAL DESIGN**
**d/b/a PREMIUM POLY PATIOS d/b/a ARCHITECTURAL;**

**DANIEL CANARY d/b/a ARCHITECTURAL DESIGN**
**d/b/a PREMIUM POLY PATIOS d/b/a ARCHITECTURAL;**

**PAMELA SHELOW d/b/a ARCHITECTURAL DESIGN**
**d/b/a PREMIUM POLY PATIOS d/b/a ARCHITECTURAL;**

**PLAINTIFF'S VERIFIED MOTION TO ADJUDGE DEFENDANTS ZICOM, INC., DANIEL CANARY AND PAMELA SHELOW IN CONTEMPT OF A JUDGMENT STIPULATION & FOR IMMEDIATE INJUNCTIVE RELIEF**

Now comes the Plaintiff in the above-referenced matter and moves that the Court adjudge Defendants Zicom, Inc., Daniel Canary and Pamela Shelow in contempt for their willful and intentional violation of a Judgment Stipulation entered by this Court on April 3, 2007 in Case Number 07-073ML, and that the Court immediately enjoin Defendants from the conduct that is the basis for the motion to adjudge Defendants in contempt. As a basis for these motions, Plaintiff avers as follows:

1. On March 16, 2007, Daniel Canary, Pamela Shelow, and Zicom, Inc. (hereinafter "Defendants") signed a Judgment Stipulation in the case styled *Arnold Lumber Co., d/b/a Seaside Casual Furniture v. Zicom, Inc., and Daniel Canary, d/b/a Architectural Design, & d/b/a Premium Poly Patios*, 07-073ML. **(Exhibit "A")**

2. The Court entered the Judgment Stipulation as an Order on April 3, 2007.

3. Paragraphs 1, 2 & 13 of the Judgment Stipulation prohibit Defendants from using the trademark "Envirowood".

4. Despite this prohibition, Defendants have continued to use this trademark on the Premium Poly Patios website. **(Exhibits "B" & "C")**

5. Paragraphs 6, 7 & 15 of the Judgment Stipulation prohibit Defendants from using the trademark "Shell Back".

6. Despite this prohibition, Defendants have continued to use this trademark on the Premium Poly Patios website. **(Exhibit "D" & "C")**

7. Paragraphs 4, 5 & 15 of the Judgment Stipulation prohibit Defendants from using the service mark "Seaside".

8. Despite this prohibition, Defendants have continued to use this service mark on the Premium Poly Patios website. **(Exhibit "E" & "C")**

9. Zicom, Inc. is an active Florida corporation, of which Daniel Canary is President and Pamela Shelow is Vice-President. **(Exhibit "F")**

10. Paragraph 31 of the Judgment Stipulation provides that any litigation brought for the enforcement of the Judgment Stipulation will take place in Rhode Island subject to Rhode Island law; and that Defendants submit themselves to the jurisdiction of this Court.

11. Paragraph 35 of the Judgment Stipulation provides that Plaintiff shall have the right to immediate injunctive relief enjoining the Defendants from any activities in violation of the Judgment Stipulation.

12. Paragraph 32 of the Judgment Stipulation provides that the prevailing party shall be entitled to recover reasonable attorneys' fees and costs incurred in connection with the enforcement of the Judgment Stipulation.

13. Paragraph 36 of the Judgment Stipulation provides that in the event the United States District Court for the District of Rhode Island shall determine there was a breach of the terms of the Judgment Stipulation, then it is agreed by the parties that in addition to any damages awarded to Plaintiff for said breach, that Defendants, jointly and severally, shall pay to Plaintiff as liquidated damages, the measure of such damages shall be equal to the amount of gross sales by Defendants during the two years immediately preceding said breach.

14. Defendants have acted intentionally and deliberately to benefit from and take advantage of plaintiff's goodwill, good name and reputation.

15. Defendants' conduct has and will result in a loss of goodwill, and damage to the good name and reputation of Seaside Casual Furniture.

16. Defendants have acted intentionally and deliberately to deceive consumers.

17. Defendants have acted intentionally and deliberately to cause confusion in the minds of consumers as to the relationship or affiliation between Seaside Casual Furniture and Premium Poly Patios.

18. Defendants' conduct has and will result in confusion in the marketplace.

19. Defendants have willfully and intentionally defied the terms of the Judgment Stipulation.

**WHEREFORE**, Plaintiff requests that the Court enter Judgment for Plaintiff as follows:

a. that Defendants are in contempt of the Judgment Stipulation;

b. that Defendants are permanently enjoined from using the trademarks "Envirowood" and "Shell Back", and the service mark "Seaside";

c. that Plaintiff is awarded damages suffered as a result of Defendants' conduct;

d. that Plaintiff is awarded liquidated damages as provided in Paragraph 36 of the Judgment Stipulation;

e. that the Court sanction Defendants for their contempt;

f. that Plaintiff is awarded reasonable attorneys' fees and costs incurred in the prosecution of this action as provided in Paragraph 31 of the Judgment Stipulation; and

g. that Plaintiff is awarded such other relief as the Court deems just and appropriate.

## VERIFICATION

I, Bruce P. Charleson, being duly sworn, depose and say that I am the President and CEO of Arnold Lumber Co., that I have on behalf of Arnold Lumber Co. reviewed the foregoing Verified Motion to Adjudge in Contempt and for Injunctive Relief, including its appendices and exhibits, that I am familiar with its contents, and that the statements contained herein are true and accurate.

[signature], President
Bruce P. Charleson

STATE OF RHODE ISLAND
COUNTY OF

In West Kingston on this 20th day of December, 2007, before me personally appeared Bruce P. Charleson in his capacity as President and CEO of Arnold Lumber Co., to me known and known by me to be the party executing the foregoing instrument and acknowledged said instrument and the execution thereof, to be his free act and deed, and the free act and deed of Arnold Lumber Co.

[signature]

Notary Public
My Commission Expires: 04/30/2011

Arnold Lumber Co.,
d/b/a Seaside Casual Furniture
By its attorneys,
/S/

Carl S. Levin, Esq. (#3336)
Christopher A. Murphy, Esq. (#7364)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26
(401) 751-4124 FAX
clevin@agglaw.com

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that on the 20th day of December, 2007, I caused to be served a true copy of the within Motion to Adjudge via U.S. Mail, postage prepaid to the following *pro se* Defendants:

Zicom, Inc.
c/o Daniel Canary, Registered Agent
1200 Falcon Avenue
Miami Springs, FL 33166

Daniel Canary
1200 Falcon Avenue
Miami Springs, FL 33166

Pamela Shelow
1200 Falcon Avenue
Miami Springs, FL 33166

/S/

Carl S. Levin, Esq.