Premium Poly Patios
Eco-Friendly Furniture For a 'World' of difference!

Download our Umbrella Buying Guide & Fabric Swatches.

buySAFE certified 11-03-07 VERIFY
ALL NEW! Shop by Sets!

VIEW CART CHECKOUT
877-904-1234

Search

need help? Please Leave a Message

Contact Us Bookmark Us Site Map

## Enviro Wood takes outdoor furniture to a new level!

### Enviro Wood has all the conveniences and maintenance free care of poly lumber plus they have a complete cushion line to match!

**Enviro Wood furniture** will handsomely accent any poolside, garden, patio, backyard or deck. Maintenance free care has got to be one of the most important perks of this fine recycled lumber furniture. *What is Enviro Wood you ask?* Well, EnviroWood is recycled products such as milk jugs that are converted into recycled plastic lumber which is then formed into "wood" to create **Enviro Wood** with the look of wood that will last for years! Our **Enviro Wood Outdoor Furniture** will remain unscathed by the elements even after years of exposure, recycled poly lumber furniture requires no sanding, painting, staining and it will not rot or splinter or fade,Enviro Wood Furniture truly is maintenance free! We don't want to confuse you though, this is not your cheap lightweight plastic patio furniture - Poly lumber furniture has weight behind it, the plastic wood boards cut and works just like wood does! *This **Enviro Wood Furniture*** is a great Eco-Friendly choice for those of us who love to entertain - now you can worry about what you will be preparing instead of what grade sandpaper to use to prevent splinters!

## Enviro Wood

GoDaddy.com SECURE WEB SITE VERIFY NOV 3 2007 9:35:12

VISA DISCOVER Google PayPal

©Copyright 1998-2007 - Premium Poly Patios. All rights Reserved.

Poly Wood Benches Poly Wood Chairs Poly-Wood Foot Rests Poly-Lumber Gliders Poly Wood Rockers Poly Lumber Swings Poly-Wood Tables
Home | About Us | Site Map | Privacy Policy | Contact Us | FAQ | Shipping Information | Money back Guarantee

Sign up for Super Savings, Coupons and New Product Information - Newsletter

Premium Poly Patios
Eco-Friendly Furniture For a 'World' of difference!

Download our Umbrella Buying Guide & Fabric Swatches.

buySAFE certified

ALL NEW! Shop by Sets!

VIEW CART CHECKOUT
877-904-1234

Search

need help? Please Leave a Message

Contact Us Bookmark Us Site Map

## Envirowood Benches

GoDaddy.com SECURE WEB SITE www.po VERIFY NOV 3 2007 9:37:05

VISA Discover Google PayPal

©Copyright 1998-2007 - Premium Poly Patios. All rights Reserved.

Poly Wood Benches Poly Wood Chairs Poly-Wood Foot Rests Poly-Lumber Gliders Poly Wood Rockers Poly Lumber Swings Poly-Wood Tables
Home | About Us | Site Map | Privacy Policy | Contact Us | FAQ | Shipping Information | Money back Guarantee

Sign up for Super Savings, Coupons and New Product Information - Newsletter

Premium Poly Patios
Eco Friendly Furniture For a 'World' of difference!

Download our Umbrella Buying Guide & Fabric Swatches.

buySAFE certified

*ALL NEW!* Shop by Sets!

VIEW CART CHECKOUT
877-904-1234

Search

I need help? Please Leave a Message

Contact Us Bookmark Us Site Map

## EnviroWood Chairs

GoDaddy.com SECURE WEB SITE www.poly VERIFY NOV 3 2007 9:37:22

VISA DISCOVER Google PayPal

©Copyright 1998-2007 - Premium Poly Patios. All rights Reserved.

Poly Wood Benches Poly Wood Chairs Poly-Wood Foot Rests Poly-Lumber Gliders Poly Wood Rockers Poly Lumber Swings Poly-Wood Tables
Home | About Us | Site Map | Privacy Policy | Contact Us | FAQ | Shipping Information | Money back Guarantee

Sign up for Super Savings, Coupons and New Product Information - Newsletter

Premium Poly Patios
Eco-Friendly Furniture For a 'World' of difference!

Download our Umbrella Buying Guide & Fabric Swatches.

buySAFE

ALL NEW! Shop by Sets!

VIEW CART CHECKOUT
877-904-1234

Search

need help? Please Leave a Message

Contact Us Bookmark Us Site Map

## Envirowood Deep Seating

GoDaddy.com SECURE WEB SITE www. VERIFY
NOV 3 2007 9:35:08

VISA DISCOVER Google PayPal

©Copyright 1998-2007 - Premium Poly Patios. All rights Reserved.

Poly Wood Benches Poly Wood Chairs Poly-Wood Foot Rests Poly-Lumber Gliders Poly Wood Rockers Poly Lumber Swings Poly-Wood Tables
Home | About Us | Site Map | Privacy Policy | Contact Us | FAQ | Shipping Information | Money back Guarantee

Sign up for Super Savings, Coupons and New Product Information - Newsletter

Premium Poly Patios
Eco-Friendly Furniture For a World of difference!

Download our Umbrella Buying Guide & Fabric Swatches.

buySAFE certified

*ALL NEW!* Shop by Sets!

VIEW CART CHECKOUT
877-904-1234

Search

need help? Please Leave a Message

Contact Us Bookmark Us Site Map

## Envirowood Dining Bar

GoDaddy.com SECURE WEB SITE www.poly VERIFY NOV 3 2007 9:41:22

VISA MasterCard DISCOVER Google PayPal

©Copyright 1998-2007 - Premium Poly Patios. All rights Reserved.

Poly Wood Benches Poly Wood Chairs Poly-Wood Foot Rests Poly-Lumber Gliders Poly Wood Rockers Poly Lumber Swings Poly-Wood Tables
Home | About Us | Site Map | Privacy Policy | Contact Us | FAQ | Shipping Information | Money back Guarantee

Sign up for Super Savings, Coupons and New Product Information - Newsletter

Premium Poly Patios
Eco-Friendly Furniture For a 'World' of difference!

Download our Umbrella Buying Guide & Fabric Swatches.

buySafe

ALL NEW! Shop by Sets!

VIEW CART CHECKOUT
877-904-1234

Search need help? Please Leave a Message

Contact Us Bookmark Us Site Map

# EnviroWood Rockers

GoDaddy.com SECURE WEB SITE www.pr VERIFY NOV 3 2007 9:37:35

VISA Google PayPal

©Copyright 1998-2007 - Premium Poly Patios. All rights Reserved.

Poly Wood Benches Poly Wood Chairs Poly-Wood Foot Rests Poly-Lumber Gliders Poly Wood Rockers Poly Lumber Swings Poly-Wood Tables
Home | About Us | Site Map | Privacy Policy | Contact Us | FAQ | Shipping Information | Money back Guarantee

Sign up for Super Savings, Coupons and New Product Information - Newsletter

Premium Poly Patios
Eco-Friendly Furniture For a *World* of difference!

Download our Umbrella Buying Guide & Fabric Swatches.

buySAFE

*ALL NEW!* Shop by Sets!

VIEW CART CHECKOUT
877-904-1234

Search

need help? Please Leave a Message

Contact Us Bookmark Us Site Map

## Envirowood Tables

GoDaddy.com SECURE WEB SITE www.p VERIFY NOV 3 2007 9:39:00

VISA DISCOVER Google PayPal

©Copyright 1998-2007 - Premium Poly Patios. All rights Reserved.

Poly Wood Benches Poly Wood Chairs Poly-Wood Foot Rests Poly-Lumber Gliders Poly Wood Rockers Poly Lumber Swings Poly-Wood Tables
Home | About Us | Site Map | Privacy Policy | Contact Us | FAQ | Shipping Information | Money back Guarantee

Sign up for Super Savings, Coupons and New Product Information - Newsletter