**Premium Poly Patios**

# Categories

Poly Lumber / Poly-Wood Chairs
Poly Lumber / Poly-Wood Benches
Poly Lumber / Poly-Wood Tables
Poly Lumber / Poly-Wood Swings
Poly Lumber / Poly-Wood Rockers
Poly Lumber / Poly-Wood Gliders
Poly Lumber / Poly-Wood Foot Rests
Poly Lumber / Poly-Wood Adirondack Collection
Seadise Casual Envirowood
Poly-Wood
Millcraft Casual Living
Poly Lumber Ridgeline Benches Collection
PolyWood Horizon Benches Collection
PolyWood Nautical Benches Collection
PolyWood Traditional Benches Collection
PolyWood Captains Bench Collection
PolyWood Chippendale Benches Collection
Envirowood Benches
All PolyWood & Poly-Lumber Benches
All Poly-Lumber & PolyWood Chairs
Poly Lumber & PolyWood Bar Chairs
Poly Lumber & Poly Wood Dining Chairs
Poly-Lumber & PolyWood Chaise Lounges
Poly-Lumber & PolyWood Reclining Chairs
Poly Lumber Ridgeline Chairs
Poly Lumber Horizon Chairs
PolyWood Nautical Chairs
PolyWood Traditional Chairs
PolyWood Captains Chairs
PolyWood Chippendale Chairs
EnviroWood Chairs
Poly-Lumber & PolyWood Adirondack Furniture Collection
Poly Lumber & PolyWood Adirondack Chairs
Poly Lumber & PolyWood Adirondack Benches
Poly Lumber & PolyWood Adirondack Gliders
Poly Lumber & PolyWood Adirondack Folding Chairs
PolyLumber & PolyWood Adirondack Rockers
Poly-Lumber & PolyWood Accessories
Poly Lumber & PolyWood Gliders
Poly Lumber Ridgeline Gliders
Poly Lumber Horizon Gliders
Poly Wood Traditional Gliders
PolyWood Chippendale Gliders
Poly Lumber & PolyWood Rockers
Poly Lumber Ridgeline Rockers
Poly Lumber Horizon Rockers
PolyWood Nautical Rockers
PolyWood Traditional Rockers
EnviroWood Rockers
Poly Lumber Ridgeline Swings
Poly Lumber Horizon Swings
PolyWood Traditional Swing
Poly Lumber & PolyWood Tables
Poly Lumber & PolyWood Dining Tables
Poly Lumber & PolyWood Round Tables

Poly Lumber & PolyWood Rectangle Tables
Poly Lumber & PolyWood Square Tables
Poly Lumber & PolyWood Oval-Oblong Tables
Poly Lumber & PolyWood Bar Tables
Poly Lumber & PolyWood Coffee Tables
Poly Lumber & PolyWood Side Tables
Poly Lumber & PolyWood Conversation Tables
Poly Lumber & PolyWood Picnic Tables
Plastic Wood Furniture
Plastic Outdoor Furniture
Recycled Plastic Furniture
Recycled Lumber
Poly Lumber Furniture
EnviroWood
Garden Furniture Plastic
Aderondack
Adirondack
Adirondack Chair
Adirondack Furniture
Adirondak
Anderondack
Enviro Wood
Find Plastic Garden Bench
Front Porch Swing
Furniture for Public Places
Garden Bench
Garden Furniture
Home and Garden Furniture
Glider
PolyWood Furniture
Recycled Plastic Lumber
Plastic Garden Furniture
Recycled Plastic Patio Furniture
Plastic Patio Furniture
Plastic Furniture
Plastic Pool Furniture
Plastic Deck Furniture
Plastic Lawn Furniture
Poly Lumber Patio Furniture
Plastic Sturdy Outdoor Furniture
Plastic Outdoor Patio Furniture
Plastic Lumber Furniture
Plastic Outdoor Furniture Adirondack Ottoman
Recycled Plastic Outdoor Furniture
Plastic Green Patio Furniture
Poly Wood Patio Furniture
Recycled Plastic Garden Furniture
PolyWood and Information
PolyWood Nautical Collection
Polywood Adirondack Collection
Polywood Chippendale Collection
Polywood Mission Collection
Polywood Signature Collection
Polywood Captain Collection
Polywood Traditional Collection
Polywood Accessories Collection
Polywood Tables Collection
Polywood Commercial Collection
Polywood Cushions Collection
Polywood Long Island Collection
Polywood South Beach Collection

Custom Made PolyWood Cushions
Polywood Outdoor Dining & Bar Sets
Polywood Outdoor Seating Sets
Dining Set1
Dining Set2
Dining Set3
Polywood / PolyLumber Chaise Lounges
Polywood / PolyLumber Ottomans
Polywood / PolyLumber Tete-a-Tetes
Polywood / PolyLumber Planters
Polywood / PolyLumber Bar Furniture
Polywood / PolyLumber Cushions
Polywood / PolyLumber Accessories & Misc.
PolyLumber Adirondack
Polywood Tables
Envirowood Adirondack
PolyLumber Horizon Collection
PolyLumber Dining
PolyLumber Other
Envirowood Dining Bar
Envirowood Tables
Envirowood Deep Seating
View All the Colors we Offer
Eagle One Products - Outdoor Site Furnishings

# Products

Poly-Wood/Lumber Two-Shelf Side Table
Poly-Wood/Lumber Square Cafe Table
Poly-Wood/Lumber Rectangular Coffee Table
Poly-Wood/Lumber Garden Planter
Poly-Wood/Lumber Garden Fern Stand
Poly-Wood/Lumber Glider Ottoman
Poly-Wood/Lumber Nautical Dining Table
Poly-Wood/Lumber Nautical Bar Table
Poly-Wood/Lumber Nautical Square Dining Table
Poly-Wood/Lumber Adirondack Chair
Poly-Wood/Lumber Adirondack Bench
Poly-Wood Lumber Adirondack Dining Chair
Poly-Wood Lumber Double Adirondack Rocker
Poly-Wood/Lumber Adirondack Glider Bench
Poly-Wood/Lumber Adirondack Rocker
Poly-Wood/Lumber Adirondack Glider Chair
Poly-Wood/Lumber Adirondack Curved Back Chair
Poly-Wood/Lumber Adirondack Shell Back Chair
Poly-Wood/Lumber Shell Ottoman
Poly-Wood/Lumber Captain's Bar Stool
Poly-Wood/Lumber Captain's Dining Chair
Poly-Wood/Lumber Captain's Chaise Lounge
Poly-Wood/Lumber Chippendale Arm Chair
Poly-Wood/Lumber Chippendale Bench
Poly-Wood/Lumber Chippendale Glider Bench
Poly-wood/Lumber Garden Backless Bench
Poly-Wood/Lumber Garden Arm Chair
Poly-Wood/Lumber Garden Bench
Poly-Wood/Lumber Traditional Glider
Poly-Wood/Lumber Traditional Rocker
Poly-Wood/Lumber Dining Chair
Poly-Wood/Lumber Traditional Double Rocker

Recycled Poly Lumber Fanback Adirondack Chair
Recycled Poly Lumber Shoreline Adirondack Chair
Recycled Poly Lumber Captains Chair
Recycled Poly Lumber Side Chair
Recycled Poly Lumber Bar Chair
Recycled Poly Lumber Garden Bench
Recycled Poly Lumber Park Bench
Recycled Poly Lumber Backless Bench
Recycled Poly Lumber Round Dining Table
Recycled Poly Lumber Bar Table
Recycled Poly Lumber Oblong Dining Table
Recycled Poly Lumber Picnic Table
Recycled Poly Lumber Coffee Table
Recycled Poly Lumber Oblong Accent Table
Recycled Poly Lumber Round Accent Table
Recycled Poly Lumber Bench Swing
Recycled Poly Lumber High Back Rocking Chair
Recycled Poly Lumber Rocking Bench
Recycled Poly Lumber Bench Glider
Recycled Poly Lumber Adirondack Foot Rest
Poly-Wood/Lumber Side Table
Poly-Wood Lumber Nautical Bar Chair
Poly-Wood/Lumber Nautical Chaise Lounge
Poly-Wood/Lumber Nautical Highback Chair
Poly-Wood/Lumber Nautical Lowback Chair
Poly-Wood/Lumber Tradewinds Rocker
Poly-Wood/Lumber Tradewind Double Rocker
Poly-Wood/Lumber Square Side Table
EnviroWood®™ Classic Adirondack Chair
EnviroWood®™ Classic Adirondack Rocker
EnviroWood®™ Classic Adirondack Love Seat
Envirowood®™ Classic Adirondack Swing
EnviroWood®™ Shellback Adirondack Chair
EnviroWood®™ Shellback Adirondack Rocker
EnviroWood®™ Shellback Adirondack Love Seat
EnviroWood®™ Deck and Dining Chair
EnviroWood®™ Lifeguard Chair
EnviroWood®™ Adirondack Ottoman
EnviroWood®™ Adirondack Side Table
EnviroWood®™ Tete-A-Tete
EnviroWood®™ Porch Rocker
EnviroWood®™ Newport Bench
EnviroWood®™ Avondale Backless Bench
EnviroWood®™ Kingston Chaise Lounge
EnviroWood®™ Portsmouth Square Dining Table
EnviroWood®™ Rectangular Portsmouth Dining Table
EnviroWood®™ Salem Round Dining Table
EnviroWood®™ Portsmouth Bar Table
EnviroWood®™ Picnic Table
EnviroWood®™ Portsmouth Dining Benches
EnviroWood®™ Chatham High-Back Dining Chair
EnviroWood®™ Shell Back Bar Stool
EnviroWood®™ Traditional Bar Stool
EnviroWood®™ Nantucket Sofa
EnviroWood®™ Nantucket Lounge Chair
EnviroWood®™ Nantucket Ottoman
EnviroWood®™ Nantucket Side Table
EnviroWood®™ Nantucket Coffee Table
EnviroWood®™ Portsmouth Conversation Table
Poly-Wood/Lumber Signature Dining Chair
Poly-Wood/Lumber Adirondack Ottoman

Poly-Wood/Lumber Reclining Adirondack Chair
Poly-Wood/Lumber Ottoman
Poly-Wood/Lumber Nautical Collection Swing
Poly-Wood/Lumber Nautical Collection Bench
Poly-Wood/Lumber Adirondack Tete-A-Tete
Poly-Wood/Lumber Conversation Table
Poly-Wood/Lumber Oval Conversation Table
Poly-Wood/Lumber Round Dining Table
Poly-Wood/Lumber Oval Dining Table
Poly-Wood/Lumber Counter Table
Poly-Wood/Lumber Nautical Side Table
Poly-Wood/Lumber Mission Side Table
Poly-Wood/Lumber Mission Collection Coffee Table
Poly-Wood/Lumber Bar Side Table
Poly-Wood/Lumber Stainless Steel Swing Frame
Poly-Wood/Lumber Mission Collection Chair
Poly-Wood/Lumber Mission Collection Ottoman
Poly-Wood/Lumber Mission Collection LoveSeat
Poly-Wood/Lumber Mission Collection Sofa
Recycled Poly Lumber Folding Adirondack Chair
Horizon Collection Garden Bench
Recycled Poly Lumber Horizon Collection Park Bench
Horizon Collection Gliding Garden Bench
Recycled Poly Lumber Horizon Collection Swinging Bench
Recycled Poly Lumber Horizon Collection Rocking Bench
Recycled Poly Lumber Horizon Collection Highback Rocking Chair
Recycled Poly Lumber Horizon Collection Captain's Chair
Recycled Poly Lumber Horizon Collection Side Chair
Recycled Poly Lumber Horizon Collection Captain's Bar Chair
SoBe Lifeguard Chair
Poly-Wood/Lumber Round Bar Table
Givins Furniture Fanback Adirondack Bar Chair
Givins Furniture Fanback Adirondack Rocker

Next

Premium Poly Patios
Eco-Friendly Furniture For a 'World' of difference!

Download our Umbrella Buying Guide & Fabric Swatches.

buySAFE certified

*ALL NEW!* Shop by Sets!

VIEW CART CHECKOUT
877-904-1234

Search

need help? Please Leave a Message

Contact Us Bookmark Us Site Map

## Envirowood Adirondack

GoDaddy.com SECURE WEB SITE www.poly-
VERIFY
NOV 3 2007 9:41:07

©Copyright 1998-2007 - Premium Poly Patios. All rights Reserved.

Poly Wood Benches Poly Wood Chairs Poly-Wood Foot Rests Poly-Lumber Gliders Poly Wood Rockers Poly Lumber Swings Poly-Wood Tables
Home | About Us | Site Map | Privacy Policy | Contact Us | FAQ | Shipping Information | Money back Guarantee

Sign up for Super Savings, Coupons and New Product Information - Newsletter