Premium Poly Patios
Earth Friendly Furniture For a 'World' of difference!

Download our Umbrella Buying Guide & Fabric Swatches.

buySAFE certified

ALL NEW! Shop by Sets!

VIEW CART CHECKOUT
877-904-1234

Search

I need help? Please Leave a Message

Contact Us Bookmark Us Site Map

Made in the USA

**Polywood Shell Adirondack Chair & Table Seating Set**




Enlarge Image
**Item#: POLYWOOD-SHELL-BACK-ADIRONDACK-CHAIR-TABLE-SET**

SALE

**Price:** ~~$617.00~~
**Sale Price: $426.79**
**Dimensions:** Complete Details Below
***ALWAYS FREE SHIPPING!*** (Within Continental US)

**Select Color:**
- White
- Green
- [illegible]
- Teak
- Black
- Mahogany

Add an Ottoman?: No Thanks

Quantity: 1 Add To Basket

Seen this item for Less?

Email this item to a Friend.

**Need Help?** *Live Chat*

Product Details: Back to Top

***Poly-Wood Shell Adirondack Seating Set*** brings the seaside style of casual furniture to any outdoor environment! This adirondack chair features a stylish shell back design that puts a spin on the classic adirondack look! Makes a great spot to soak up the sun on the deck, poolside, patio or backyard! The **Poly-Wood Shell Adirondack Seating Set** includes the **Poly~Wood Shell Adirondack Chair and Poly~Wood Square Side Table** why not upgrade with a Shell Adirondack Ottoman so you can really put your feet up and Forget about it? ***You save by purchasing these items as a set!*** Feel free to leave this furniture out all year long...Poly-Wood has innovated the market with easily actually virtually maintenance free furniture that takes the care out of upkeep! ***Poly~Wood is built to withstand all the elements - hot sun, salty sea air and cold winters! Poly-Wood Shell Adirondack Seating Set*** is perfect for commercial or personal use! This heavy weight furniture is not to be mistaken with the flimsy plastic furniture sold around town - it has weight to it and will stand firm against the strongest winds. So for those environmentally conscious shoppers this is the product you have been looking for! The ***Poly-Wood Shell Adirondack Seating Set*** is available in six classic colors. Also you may want to check out our optional coordinating **Sunbrella Fabric Cushions** in stock and ready to ship! Looking to complete your outdoor environment? **Sunbrella Fabric Umbrellas** are also available in coordinating colors!

**Poly Lumber furniture** is made from 100% polyethylene plastic lumber, which will not crack, split, rot or become infested by bugs. It requires no *sanding, painting, staining, or sealing*. Now that is **100% MAINTENANCE FREE**! Oh, did we mention that the colors permeate the wood and *are fade resistant*!

- built to hold up to a range of elements - hot sun, salty ocean air, cold winters
- shipped simple knock down for easy assembly
- stainless steel hardware and mortise and tenon construction
- comes standard with umbrella hole and plug
- perfect for residential or commercial use
- available in six traditional colors
- virtually maintenance free!
- set includes Shell Adirondack Chair and Square Side Table
- optional Shell Adirondack Ottoman available

**Click to view ALL Colors!**

To care for your new poly lumber product generally you can use soap and water. For certain stains and additional cleaning strength, a 1/3 bleach and 2/3 water combination can be used on the product without affecting the color. Creases contained on the surface may require the use of a soft bristle brush.

- **What is Poly Lumber?**
- **Product Warranty**
- **100% SATISFACTION GUARANTEED**

| - | Chair | Optional Ottoman | Table |
|---|---|---|---|
| **Height** | 38" | 15" | 13 1/2" |
| **Width** | 30" | 22" | 18" |
| **Seat Depth** | 41" | - | - |
| **Weight** | 49 lbs. | 19 lbs. | 12 lbs. |
| **Seat Size** | 22"x20" | - | - |
| **Seat Height** | 16" | - | - |

**Looking for Custom Designed Poly-Wood Cushions? Look no further!**



Select any Poly-Wood Outdoor Seating Set and as always enjoy ***FREE SHIPPING*** from Premium Poly Patios!

©Copyright 1998-2007 - Premium Poly Patios. All rights Reserved.

Poly Wood Benches Poly Wood Chairs Poly-Wood Foot Rests Poly-Lumber Gliders Poly Wood Rockers Poly Lumber Swings Poly-Wood Tables
Home | About Us | Site Map | Privacy Policy | Contact Us | FAQ | Shipping Information | Money back Guarantee

Sign up for Super Savings, Coupons and New Product Information - Newsletter

Premium Poly Patios
Eco-Friendly Furniture For a *World* of difference!

Download our Umbrella Buying Guide & Fabric Swatches.

buysafe certified

*ALL NEW!* Shop by Sets!

VIEW CART CHECKOUT
877-904-1234

Search need help? Please Leave a Message

Contact Us Bookmark Us Site Map

**Search For The Following Word(s):** shell back

Search

| Code | Name | Price | | |
|---|---|---|---|---|
| Poly-Wood-Lumber-Adirondack-Shell-Back-Chair | Poly-Wood/Lumber Adirondack Shell Back Chair | $330.98 | Add One to Basket | Buy One Now |
| Poly-Wood-Lumber-Shell-Ottoman | Poly-Wood/Lumber Shell Ottoman | $123.28 | Add One to Basket | Buy One Now |
| Recycled-Poly-Lumber-Adirondack-Foot-Rest | Recycled Poly Lumber Adirondack Foot Rest | $100.00 | Add One to Basket | Buy One Now |
| LIFEGUARD-CHAIR | SoBe Lifeguard Chair | $425.00 | Add One to Basket | Buy One Now |
| FANBACK-ADIRONDACK-ROCKER | Givins Furniture Fanback Adirondack Rocker | $323.00 | Add One to Basket | Buy One Now |
| POLY-LUMBER-FANBACK-GLIDER | Givins Furniture Fanback Gliding Loveseat | $650.00 | Add One to Basket | Buy One Now |
| POLY-WOOD-SQUARE-PARK-TABLE | Poly-Wood Commercial Collection Square Park Table | $901.15 | Add One to Basket | Buy One Now |
| POLYWOOD-CHAISE-LOUNGE-SOUTH-BEACH-COLLECTION | Polywood Chaise Lounge - South Beach Collection | $351.75 | Add One to Basket | Buy One Now |
| POLYWOOD-SHELL-BACK-ADIRONDACK-CHAIR-TABLE-SET | Polywood Shell Adirondack Chair & Table Seating Set | $426.79 | Add One to Basket | Buy One Now |

GoDaddy.com SECURE WEB SITE www.poly-lu VERIFY NOV 3 2007 9:44:24

VISA DISCOVER Google PayPal

©Copyright 1998-2007 - Premium Poly Patios. All rights Reserved.

Poly Wood Benches Poly Wood Chairs Poly-Wood Foot Rests Poly-Lumber Gliders Poly Wood Rockers Poly Lumber Swings Poly-Wood Tables
Home | About Us | Site Map | Privacy Policy | Contact Us | FAQ | Shipping Information | Money back Guarantee

Sign up for Super Savings, Coupons and New Product Information - Newsletter