Premium Poly Patios
Eco-Friendly Furniture For a 'World' of difference!

Download our Umbrella Buying Guide & Fabric Swatches.

buysafe certified

ALL NEW! Shop by Sets!

VIEW CART CHECKOUT
877-904-1234

Search

need help? Please Leave a Message

Contact Us Bookmark Us Site Map

## Seadise Casual Envirowood

GoDaddy.com SECURE WEB SITE www.poly- VERIFY NOV 3 2007 9:36:48

VISA DISCOVER Google PayPal

©Copyright 1998-2007 - Premium Poly Patios. All rights Reserved.

Poly Wood Benches Poly Wood Chairs Poly-Wood Foot Rests Poly-Lumber Gliders Poly Wood Rockers Poly Lumber Swings Poly-Wood Tables
Home | About Us | Site Map | Privacy Policy | Contact Us | FAQ | Shipping Information | Money back Guarantee

Sign up for Super Savings, Coupons and New Product Information - Newsletter