FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS



# Detail by Entity Name

## Florida Profit Corporation

ZICOM INC.

## Filing Information

| | |
|---|---|
| **Document Number** | P05000123500 |
| **FEI Number** | 043825761 |
| **Date Filed** | 09/07/2005 |
| **State** | FL |
| **Status** | ACTIVE |

## Principal Address

1200 FALCON AVENUE
MIAMI SPRINGS FL 33166 US

## Mailing Address

1200 FALCON AVENUE
MIAMI SPRINGS FL 33166 US

## Registered Agent Name & Address

CANARY, DANIEL D
1200 FALCON AVENUE
MIAMI SPRINGS FL 33166 US

## Officer/Director Detail

**Name & Address**

Title P

CANARY, DANIEL D
1200 FALCON AVENUE
MIAMI SPRINGS FL 33166 US

Title VP

SHELOW, PAMELA M
1200 FALCON AVENUE
MIAMI SPRINGS FL 33166 US

Title SEC

SHELOW, PAMELA M
1200 FALCON AVENUE
MIAMI SPRINGS FL 33166 US

Title TRS

CANARY, DANIEL D
1200 FALCON AVENUE
MIAMI SPRINGS FL 33166 US

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2006 | 05/12/2006 |
| 2007 | 06/07/2007 |

## Document Images

| | |
|---|---|
| 06/07/2007 -- ANNUAL REPORT | View image in PDF format |
| 05/12/2006 -- ANNUAL REPORT | View image in PDF format |
| 09/07/2005 -- Domestic Profit | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List Next on List Return To List

**No Events** **No Name History**

Entity Name Search


Copyright © 2007 State of Florida, Department of State.

# 2007 FOR PROFIT CORPORATION ANNUAL REPORT

FILED
Jun 07, 2007
Secretary of State

DOCUMENT# P05000123500

**Entity Name:** ZICOM INC.

**Current Principal Place of Business:**

1200 FALCON AVENUE
MIAMI SPRINGS, FL 33166 US

**New Principal Place of Business:**

**Current Mailing Address:**

1200 FALCON AVENUE
MIAMI SPRINGS, FL 33166 US

**New Mailing Address:**

**FEI Number: 04-3825761** **FEI Number Applied For ( )** **FEI Number Not Applicable ( )** **Certificate of Status Desired ( )**

**Name and Address of Current Registered Agent:**

CANARY, DANIEL D
1200 FALCON AVENUE
MIAMI SPRINGS, FL 33166 US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: ______________________________
Electronic Signature of Registered Agent Date

**In accordance with s. 607.193(2)(b), F.S., the corporation did not receive the prior notice.**
**Election Campaign Financing Trust Fund Contribution ( ).**

**OFFICERS AND DIRECTORS:**

Title: P ( ) Delete
Name: CANARY, DANIEL D
Address: 1200 FALCON AVENUE
City-St-Zip: MIAMI SPRINGS, FL 33166 US

Title: VP ( ) Delete
Name: SHELOW, PAMELA M
Address: 1200 FALCON AVENUE
City-St-Zip: MIAMI SPRINGS, FL 33166 US

Title: SEC ( ) Delete
Name: SHELOW, PAMELA M
Address: 1200 FALCON AVENUE
City-St-Zip: MIAMI SPRINGS, FL 33166 US

Title: TRS ( ) Delete
Name: CANARY, DANIEL D
Address: 1200 FALCON AVENUE
City-St-Zip: MIAMI SPRINGS, FL 33166 US

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

Title: ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

Title: ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

Title: ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

Title: ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE: PAMELA M. SHELOW VP 06/07/2007
Electronic Signature of Signing Officer or Director Date