UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ARNOLD LUMBER CO., d/b/a**
**SEASIDE CASUAL FURNITURE**

**V.** **CA:07-73ML**

**ZICOM, INC. and DANIEL CANARY and Pamela Shelow d/b/a**
**ARCHITECTURAL DESIGN d/b/a PREMIUM**
**POLY PATIOS, ARCHITECTURAL d/b/a PREMIUM**
**POLY PATIOS and PREMIUM POLY PATIOS**

## ORDER

On December 20, 2007, Plaintiff filed a verified motion to adjudge Defendants Zicom, Inc., Daniel Canary and Pamela Shelow in contempt for their willful and intentional violations of the Judgment Stipulation entered by this Court on April 3, 2007, and to immediately enjoin Defendants from the conduct that is the basis for the motion to adjudge Defendants in contempt. Defendants having failed to file a responsive pleading thereto, it is hereby:

## ORDERED, ADJUDGED AND DECREED

1. Defendants are adjudged in contempt of the Judgment Stipulation.
2. Defendants are permanently enjoined from using the trademarks "Envirowood" and "Shell Back", and the service mark "Seaside".
3. Plaintiff is awarded liquidated damages as provided in Paragraph 36 of the Judgment Stipulation as a result of Defendants' breach of the terms of the Judgment Stipulation. Defendants, jointly and severally, shall pay to Plaintiff an amount equal to the gross sales by Defendants during the two years immediately

preceding said breach as further set forth in Paragraph 36 of the Judgment Stipulation.

4. Plaintiff is awarded reasonable attorneys' fees incurred in the prosecution of this action as provided in Paragraph 31 of the Judgment Stipulation as a result of Defendants' breach of the terms of the Judgment Stipulation. Defendants, jointly and severally, shall pay to Plaintiff the amount of $2,800.00 in attorneys' fees incurred by Plaintiff for the prosecution of this contempt action and request for immediate injunctive relief as further set forth in Paragraph 31 of the Judgment Stipulation.

Arnold Lumber Co.,
d/b/a Seaside Casual Furniture
By its attorneys,

Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26
(401) 751-4124 FAX
clevin@agglaw.com

January 10, 2008
Date

BY ORDER:

Honorable Mary Lisi,
Chief Judge, United States District Court
for the District of Rhode Island

January 11, 2008
Date

Barbara Barletta
Clerk
United States District Court
for the District of Rhode Island

1/14/08
Date

**Armstrong, Gibbons & Gnys, LLP**
The Packet Building
155 South Main Street
Providence, RI 02903
Tel. (401) 751-1

EIN 05-0266662

Arnold Lumber Co.
251 Fairgrounds Road
West Kingston RI 02892

January 10, 2008

In Reference To: Seaside Casual Furniture

Professional Services

| | | | Hours |
|---|---|---|---|
| 11/02/2007 | CSL | Prepare Verified Petition to Adjudge in Contempt | 1.00 |
| 11/10/2007 | CSL | E-mail correspondence to client regarding petition to be filed in Federal Court and to inquire if any Seaside photographs are on the website | 0.10 |
| 11/15/2007 | CSL | E-mail correspondence with Attorney Salter regarding Zicom's compliance with Judgment Stipulation | 0.20 |
| 11/17/2007 | CSL | Make revisions to Petition to Adjudge Defendants in Contempt of the Judgment Stipulation | 0.50 |
| | CSL | Legal research legal issue of Motion to Adjudge in Civil Contempt for a violation of a Judgment Stipulation and begin preparation of Memorandum of Law in Support of Petition | 1.50 |
| 11/21/2007 | CAM | Legal research issue of Stipulation as a contract between parties | 0.50 |
| 11/26/2007 | CAM | Legal research issue of contempt of court for violation terms of Stipulation | 1.00 |
| 12/10/2007 | CAM | Legal research issue of Federal Standard for a Motion to Adjudge in Contempt | 2.00 |

| | | | Hours |
|---|---|---|---|
| 12/11/2007 | CAM | Prepare Memorandum of Law in support of Petition to Adjuge Defendant in Contempt | 2.50 |
| 12/17/2007 | CSL | Review and revise Memorandum of Law and verified Petition | 1.50 |
| 12/18/2007 | CAM | Review and revise Petition and prepare attachment exhibits | 1.00 |
| 12/20/2007 | CSL | Meeting with Bruce Charleston to review and sign pleadings | 0.25 |
| | CSL | Letter to client advising of filing of Motion to Adjudge Defendants in Contempt | 0.25 |
| 12/27/2007 | CSL | Telephone conversation with Daniel Canary regarding his response to our Petition | 0.20 |
| | CSL | Review e-mail correspondence from Daniel Canary in response to our filing in Federal Court and forward same to client | 0.10 |
| | RMK | Telephone conversation with Daniel Canary regarding his response to our Peition. | 0.20 |
| 01/10/2008 | CSL | Prepare Order granting Petition | 0.50 |

| | | Amount |
|---|---|---|
| Subtotal of charges | | $2,800.00 |
| For professional services rendered | 13.30 | $2,800.00 |
| Balance due | | $2,800.00 |