# Exhibit "A"

## Emails between Andy Boyce and Daniel Canary showing efforts & compliance from July 6, 2007

From: Mouldings.cc [daniel@mouldings.cc]
To: 'Andy Boyce'
Subject: RE: Envirowood

Andy,

I believe they are all removed. Those words were fly-out descriptions and do not link to any of your products.
I went through most the site and believe there are no more terms of Envirowood on either site.
If you happen to see anything else, please let me know.

Thanks
Daniel

-----Original Message-----
From: Andy Boyce [mailto:aboyce@seasidecasual.com]
Sent: Friday, July 06, 2007 4:59 PM
To: daniel@mouldings.cc
Cc: Bruce Charleson; Joe Parent
Subject: RE: Envirowood

Daniel,

Touch on a tab, for example "benches" then "all benches" you will see Envirowood. This is repeated in most tabs. I can see that you removed Envirowood from the lower front page listings this afternoon, thank you.

Andy

-----Original Message-----
From: Mouldings [mailto:daniel@mouldings.cc]
Sent: Fri 7/6/2007 4:51 PM
To: Andy Boyce
Cc: Bruce Charleson; Joe Parent
Subject: RE: Envirowood
I see no words on the front page with Envirowood. And you gave me the same url twice.

-----Original Message-----

From: Andy Boyce [mailto:aboyce@seasidecasual.com]
Sent: Friday, July 06, 2007 4:43 PM
To: daniel@mouldings.cc
Cc: Bruce Charleson; Joe Parent
Subject: RE: Envirowood

Daniel,

www.poly-lumber-furniture.com
www.poly-lumber-furniture.com
Andy
-----Original Message-----
From: Mouldings [mailto:daniel@mouldings.cc]
Sent: Fri 7/6/2007 3:55 PM
To: Andy Boyce
Cc: Bruce Charleson; Joe Parent
Subject: RE: Envirowood

Andy,

Please refer to the exact URLs so I can have the IT guy look into it. What advantage would I have to have the Envirowood term on our site? I cannot sell the product. If there are any references made to the term, it has to be an overlooked item by our IT person.
Daniel

-----Original Message-----
From: Andy Boyce [mailto:aboyce@seasidecasual.com]
Sent: Friday, July 06, 2007 12:18 PM
To: daniel@mouldings.cc
Cc: Bruce Charleson; Joe Parent
Subject: Envirowood

Daniel,

Your web sites Premium Poly Patios and Poly-Wood continue to reference Envirowood. The word Envirowood can be found on the front page and under almost all tabs for furniture.
Please remove all references to Envirowood from your websites. This is turning into a cat and mouse game that we are no longer willing to play. We would like to rectify this situation without legal action; however, if you continue to blatantly disregard the signed Judgment Stipulation, you will leave us with no choice.

Andy Boyce