**Exhibit "B" – Email sent to Mr Levin per Mr Levin's request on 12/27/2007**

Mr. Levin,

As per our conversation this morning, I am attaching some documents as well as some links to clarify what seems to be happening in connection with the web browsers being used by Arnold Lumber/Seaside Casual and yourself.
First however I would like to bring to your attention some events in the past that clearly demonstrate we have always acted in good faith in this matter as well as our intentions to comply with all requests made by Arnold Lumber/Seaside Casual.
Back in July I received an email from Mr. Boyce stating that the term 'Envirowood' was found on our website after I had our IT guy remove it from our site. The term was being used as a description in a drop down menu. The term however did not link to any page or in itself was not a link. Upon investigating this, I had our IT guy immediately remedy this problem and expressed to Mr Boyce if he happens to see anything else to let us know and that we have made every effort to remove all keywords, etc. Please keep in mind that at one point in time we did carry the full line of Seaside Casual products and these terms were used extensively throughout our website and we have made every possible effort to remove any indication of such. The incident that Mr. Boyce brought to our attention was a situation that our IT guy had missed, but was corrected immediately.
We have no advantage to promote Envirowood or Seaside Casual Furniture, when in fact we can not sell their product.
I have attached the emails between Mr Boyce and myself for you to look at.

The next topic is about what is happening with the pages being stored on your local hard drive. Web browsers will store copies of web pages in what is called 'cache'. This is to speed up time and efficiency for your computer. I have included a link to a site that can better explain what is happening.

http://searchstorage.techtarget.com/sDefinition/0,,sid5_gci211728,00.html

Clearing your browsers cache will solve this problem. If you visit the link below, you will see how to delete all local files and images so that next time you bring it up in a web browser, it will be an updated copy.
And 'History' and 'Temporary Internet Files' is not the same thing. History keeps track of URLs you have visited in the past.

http://www.microsoft.com/windows/ie/ie6/using/howto/customizing/clearcache.mspx

Another item I would like to bring to your attention is, the term 'Shell Back' is being used in connection with a PolyWood, Inc. We carry PolyWood and at one time have used this term associated with their product. We have also removed all the terms associated in connection with this manufacturer. However, I would like to show you that this term is being used extensively by major online stores as well on the internet that is representing PolyWood Inc.

http://www.trulythefinest.com/1/1/9143-shell-back-adirondack-chair-by-polywood.html

http://shopping.msn.com/specs/shp/?itemId=769662682

http://www.galasource.com/prodDetail.cfm/69916

http://www.csnlighting.com/Polywood-SHOT-PO1058.html

This is just a few.

Please let me know if this clarifies the situation at hand.

Sincerely,

Daniel Canary