**Exhibit "C"- Unsigned documents**

conditions of the Judgment Stipulation. *Saccoccia at* 27. As a result, Plaintiff respectfully requests that this Court grant the following relief:

a. that Defendants be found in civil contempt for their violations of the Judgment Stipulation;

b. that Plaintiff's request for injunctive relief be granted and that Defendants are permanently enjoined from using the trademarks "Envirowood" and "Shell Back", and the service mark "Seaside";

c. that Plaintiff is awarded damages suffered as a result of Defendants' conduct;

d. that Plaintiff is awarded liquidated damages as provided in Paragraph 36 of the Judgment Stipulation;

e. that the Court sanction Defendants for their contempt by ordering Defendants to pay an amount deemed appropriate by the Court for their contempt of this Court's Order;

f. that Plaintiff is awarded reasonable attorneys' fees and costs incurred in the prosecution of this action as provided in Paragraph 31 of the Judgment Stipulation.

Arnold Lumber Co.,
d/b/a Seaside Casual Furniture
By its attorneys,
/S/

Carl S. Levin, Esq. (#3336)
Christopher A. Murphy, Esq. (#7364)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26
(401) 751-4124 FAX
clevin@agglaw.com

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that on the 20th day of December, 2007, I caused to be served a true copy of the within Memorandum of Law via U.S. Mail, postage prepaid to the following *pro se* Defendants:

Zicom, Inc.
c/o Daniel Canary, Registered Agent
1200 Falcon Avenue
Miami Springs, FL 33166

Daniel Canary
1200 Falcon Avenue
Miami Springs, FL 33166

Pamela Shelow
1200 Falcon Avenue
Miami Springs, FL 33166

/S/

Carl S. Levin, Esq.